IN RE:

MATTHEW HONORABLE RAY, JR.,
NITA WILCOX RAY,

CASE NO.: 26-02515-BAJ

Debtors

## MOTION FOR REDEMPTION

**COMES NOW,** the Debtors, **MATTHEW HONORABLE RAY, JR.** and **NITA WILCOX RAY,** by and through their undersigned attorney, and pursuant to 11 U.S.C.§ 722, respectfully moves this Honorable Court for an order for redeeming their automobile, and in support thereof would show as follows:

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at Room 3-150, U.S. Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202, and serve a copy on the movant's attorney, Rehan N. Khawaja, 817 North Main Street, Jacksonville, Florida 32202,within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

1. That Hyundai Capital America d/b/a Kia Finance America holds a lien on Debtors' 2024 KIA Sorento, vehicle identification number 5XYRG4JC6RG3098654.

2. Item to be redeemed is tangible personal property intended primarily for personal and family household use of the Debtors and is described as a 2024 KIA Sorento, vehicle identification number 5XYRG4JC6RG3098654.

3. That the interest of the Debtors in 2024 Kia Sorento, is exempt and the debt encumbering the same is dischargeable consumer debt.

4. The replacement value of the 2024 Kia Sorento in its present condition with 45,000 miles is $20,000.00. A copy of the Appraisal is attached herewith as Exhibit "A."

5. That the allowed secured claim of Hyundai Capital America d/b/a Kia Finance America for the purpose of redemption, should not be more than the replacement value of the 2024 Kia Sorento, which is Twenty Thousand & 00/100 Dollars, $20,000.00.

6. Arrangements have been made by the Debtors to pay Hyundai Capital America d/b/a Kia Finance America up to the aforesaid amount in a lump sum should this motion be granted.

**WHEREFORE,** the Debtors, **MATTHEW HONORABLE RAY, JR.** and **NITA WILCOX RAY,** respectfully requests this Honorable Court to order the Creditor, Hyundai Capital America d/b/a Kia Finance America to accept from the Debtors the lump sum payment of the redemption value and release their lien of record form Debtors' 2024 KIA Sorento, vehicle

identification number 5XYRG4JC6RG3098654.

**DATED:**     This **16th** day of July, 2026.

_Rehan Khawaja (signature)_

**REHAN N. KHAWAJA, ESQUIRE**
Florida Bar No.: 0064025
Bankruptcy Law Offices of Rehan N. Khawaja
817 North Main Street
Jacksonville, Florida 32202
Telephone:     (904) 355-8055
E-Mail:     khawaja@fla-bankruptcy.com

Attorney for Debtors

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing along with Debtors' Affidavit in Support of Motion for Redemption was furnished to **Hyundai Capital America d/b/a Kia Finance America** c/o NRAI Services, Inc. Its Registered Agent, 1200 South Pine Island Road, Plantation, Florida 33324; **Hyundai Capital America d/b/a Kia Finance America** c/o Nicole Vaughn, Bankruptcy Specialist, 3161 Michelson Drive, Suite # 1900, Irvine, California 92612; **Hyundai Capital America d/b/a Kia Finance America** c/o Kwan Mook Lim, its CFO, 3161 Michelson Drive, Suite # 1900, Irvine, California 92612; **Gregory Atwater, Esquire,** Chapter 7 Trustee, Post Office Box 1865, Orange Park, Florida 32067; **United States Trustee**, 400 West Washington Street, Suite # 1100, Orlando, Florida 32801, (at their regular business addresses), by United States Mail &/or Electronic Mail, this **16th** day of July, 2026.

_Rehan Khawaja (signature)_

**REHAN N. KHAWAJA, ESQUIRE**
Florida Bar No.: 0064025
Bankruptcy Law Offices of Rehan N. Khawaja
817 North Main Street
Jacksonville, Florida 32202

EXHIBIT "A"

# CARMAX

# Appraisal Offer

## Conditions Assessed

| | | | |
|---|---|---|---|
| Pass Quarter | Ding(s) | Front Seats | Good Condition |
| Rear Seats | Good Condition | Carpet | Good Condition |
| Transmission | Good Condition | Engine | Good Condition |
| Front Tires | Good Condition | Rear Tires | Good Condition |
| Wheels | Good Condition | | |

## Features Considered

Automatic Transmission, Power Locks, Power Windows, Am/fm Stereo, Air Conditioning, Rear Defroster, Cruise Control, Abs Brakes, Cloth Seats, Power Mirrors, Alloy Wheels

## Bring These Items to Sell Us Your Vehicle

- Title (if it is not with a lienholder)
- Valid state-issued photo ID for all titleholders
- Valid registration
- All keys and remotes (if applicable)

## Buyer Comments

THANK YOU FOR HAVING YOUR VEHICLE APPRAISED AT CARMAX.

## Vehicle Details

| | |
|---|---|
| Year | 2024 |
| Make | KIA |
| Model | SORENTO |
| Trim | LX |
| Mileage | 45,130 |
| Engine | 2.5L |
| VIN | 5XYRG4JC6RG309854 |

## Customer Info

| | |
|---|---|
| Name | MATTHEW R |

## Store Info

| | |
|---|---|
| Location | Jacksonville, FL |
| | 539221 |

## We'd love to buy your car!

### Your Offer

# $20,000

If you purchase a CarMax vehicle while selling us your vehicle, you could be eligible for tax savings up to $1,200.00
Valid for 7 days (until 6/09/26)

## 👋 We make it quick and easy

- Review the sale, collect your belongings, and walk away with payment in hand!
- We'll process your lien payoff, if applicable.
- Your offer is good for 7 days.

## ⚠️ Important Transaction Details

**We issue a bank draft for your vehicle.** The bank draft is issued to the person named on the title, and must be deposited into an account – it cannot be cashed. Banks typically place a hold on bank drafts of up to 10 banking days or until title is confirmed.

**The title must be provided at the time of sale.** If a previously paid-off lien is listed on the title, you will need both the title and lien release from the lienholder before CarMax can purchase your car.

**All titleholders should be present to sell the vehicle.** Please see an associate if all titleholders cannot be present or if you are selling a vehicle on behalf of a company. In some cases, a Power of Attorney can be accepted, allowing someone else to sign on the absent titleholder's behalf.

**If there is a lien on the vehicle,** we'll contact your lienholder during business hours to get a 15-day payoff. We'll need:
- Lienholder name and phone number
- Name(s) on account
- Account holder's account and Social Security numbers

**If you have negative equity or other outstanding financial obligations,** the amount should be paid in the form of a Cashier's Check, certified funds, or cash*, unless it can be included in the amount you are financing to purchase another vehicle from CarMax. CarMax accepts personal checks if the amount is less than $250.
*CarMax Car Buying Centers cannot accept cash.

**If the vehicle you want to sell is leased,** confirmation of the payoff amount is required before we can purchase your vehicle. Some leasing companies will not allow you to sell before the lease expires.

**If you do not have all original keys and remotes,** we may reappraise the vehicle to account for the additional cost because keys and remotes can be expensive to replace.

CarMax will inspect and verify the identity of every vehicle it purchases. We reference every Vehicle Identification Number (VIN) against third-party lien and stolen vehicle databases. In some instances, we extract the electronic VIN to validate the visible VIN. CarMax reports all stolen vehicles to the appropriate authorities and may pursue its legal remedies against any person that intentionally sells CarMax a stolen, cloned, altered, or undisclosed lien vehicle.

## 📋 Additional Information

- Your Appraisal Offer includes any equipment installed on, or part of, the vehicle (e.g., stereos, TV/DVD, navigation components, seats, headrests, etc.). If you remove any of that equipment, the offer could be voided.
- CarMax reserves the right to revise or cancel the Appraisal Offer if the vehicle is not in the same condition as it was at the time of the offer (i.e., damaged, reported stolen, undisclosed title conditions, etc.).
- The offer is exclusively for the purpose of selling your car to CarMax.
- Customer vehicles left at CarMax will be, without notice, towed and stored at the owner's expense.
- CarMax is not responsible for any items left in the vehicle after you sell it to CarMax.

**If you have any questions about selling your car to CarMax, please contact the store.**

