# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

IN RE:

MATTHEW HONORABLE RAY, JR.,
NITA WILCOX RAY,

CASE NO.: 26-02515-BAJ

Debtors

---

## AFFIDAVIT IN SUPPORT OF MOTION FOR REDEMPTION

**STATE OF FLORIDA**
**COUNTY OF DUVAL**

**COMES NOW** the Debtors, **MATTHEW HONORABLE RAY, JR.** and **NITA WILCOX RAY,** who first being duly sworn and deposed sayeth:

1. That they are the Debtor in this proceeding.

2. That they are proceeding under 11 U.S.C. § 722.

3. That they are the owner of the 2024 KIA Sorento, vehicle identification number 5XYRG4JC6RG3098654, which is collateral to Hyundai Capital America d/b/a Kia Finance America.

4. That the replacement value of 2024 KIA Sorento, vehicle identification number 5XYRG4JC6RG3098654, in its present condition with 45,000 miles is Twenty Thousand & 00/100 Dollars, $20,000.00.

5. That the amount owed to Hyundai Capital America d/b/a Kia Finance America is approximately Thirty Nine Thousand Six Hundred Twenty & 95/100 Dollars, $39,620.95.

6. Further affiants sayeth naught.

*Matthew Honorable Ray*

**MATTHEW HONORABLE RAY, JR.**

**SWORN TO AND SUBSCRIBED** before me by means of physical presence on this

_\_\_16^{Th}_\_\_ day of July, 2026, by Matthew Honorable Ray, JR., who produced his Florida Driver License as a proof of his identification.



Notary Public State of Florida
John F. Walker
My Commission HH 670817
Expires 5/17/2029

_____
Notary Public, State of Florida at Large

_____
**NITA WILCOX RAY**

**SWORN TO AND SUBSCRIBED** before me by means of physical presence on this _\_\_16^{th}_\_\_ day of July, 2026, by Nita Wilcox Ray, who produced her Florida Driver License as a proof of her identification.

_____
Notary Public, State of Florida at Large

Notary Public State of Florida
John F. Walker
My Commission HH 670817
Expires 5/17/2029