**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

MATTHEW HONORABLE RAY, JR.,
NITA WILCOX RAY,

CASE NO.: 26-02515-BAJ

Debtors.

---

# NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Jason A. Burgess will conduct a preliminary hearing in this case on **September 22, 2026, at 10:00 A.M., in Courtroom 4A**, United States Courthouse, 300 North Hogan Street, 4th Floor, in Jacksonville, Florida 32202 on the following matter:

   **Motion to Redeem, [Doc. No. 11], filed by the Debtors.**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearance regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https//www.flmb.uscourts.gov/judges/burgess

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further return notice.

5. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

6. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures,

persons must present photo identification to enter the Courthouse.

**DATED**: This 30th day of August, 2026.

**REHAN N. KHAWAJA, ESQUIRE**
Florida Bar No. 0064025
Bankruptcy Law Offices of Rehan N. Khawaja
817 North Main Street
Jacksonville, Florida 32202
Telephone: (904 355-8055
Facsimile: (904) 355-8058
E-Mail: khawaja@fla-bankruptcy.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that a copy of the forgoing Notice of Preliminary Hearing has been furnished electronically or by United States First Class Mail to all parties listed below at the addresses shown thereon this the 30th day of August, 2026:

**Hyundai Capital America**
d/b/a Kia Motors Finance
c/o Chad D. Heckman, Esquire
Heckman Law Group, P.L.
Post Office Box 12492
Tallahassee, Florida 32317

**Gregory L. Atwater, Esquire**
Chapter 7 Trustee
Post Office Box 1865
Orange Park, Florida 32067

**Mr. Matthew H. Ray, Jr.**
**Mrs. Nita W. Ray**
15748 Pinyon Lane
Jacksonville, Florida 32218

**REHAN N. KHAWAJA, ESQUIRE**
Florida Bar No. 0064025
Bankruptcy Law Offices of Rehan N. Khawaja
817 North Main Street
Jacksonville, Florida 32202
Telephone: (904 355-8055
Facsimile: (904) 355-8058
E-Mail: khawaja@fla-bankruptcy.com

Attorney for Debtors